UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CMS VOLKSWAGEN HOLDINGS, LLC and
HUDSON VALLEY VOLKSWAGEN, LLC,

          Plaintiffs,

-against-

VOLKSWAGEN GROUP OF AMERICA,
INC., and LASH AUTO GROUP, LLC,

          Defendants.

Case No.: 13 CIV 3929 (ER)

**DEMAND FOR A JURY TRIAL**

Pursuant to Rule 38 and Rule 81(c)(3) of the Federal Rules of Civil Procedure, plaintiffs CMS Volkswagen Holdings, LLC and Hudson Valley Volkswagen, LLC hereby demand a trial by jury of all issues so triable.

Dated: New York, New York
      June 12, 2013

ROBINSON BROG LEINWAND GREENE
GENOVESE & GLUCK P.C.

By:   /s/ Russell P. McRory
        Russell P. McRory
875 Third Avenue
9th Floor
New York, New York 10022
(212) 603-6300

*Attorneys for Plaintiffs CMS Volkswagen Holdings, LLC and Hudson Valley Volkswagen, LLC*