**JUDGE RAMOS**

HERRICK, FEINSTEIN LLP
2 Park Avenue
New York, NY 10016
Tel: 212 592-1400
Fax: 212-592-1500
Barry Werbin, Esq.
Anna M. Hershenberg, Esq.

Attorneys for Defendant
Volkswagen Group of America, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

13 CIV 3929



------------------------------------------------------------ x
CMS VOLKSWAGEN HOLDINGS, LLC and  :
HUDSON VALLEY VOLKSWAGEN, LLC,    :
                                   :
                Plaintiffs,        :   Civil Action No._____
vs.                                :
                                   :
VOLKSWAGEN GROUP OF AMERICA, INC., :   RULE 7.1 STATEMENT
& LASH AUTO GROUP, LLC,            :
                                   :
                Defendants.        :
------------------------------------------------------------ x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Volkswagen Group of America, Inc., as a nongovernmental corporate party, states the following:

Volkswagen of America, Inc. is an operating unit of Volkswagen Group of America, Inc., a New Jersey corporation, which is wholly owned by its parent company, Volkswagen AG, a German corporation. Porsche Automobil Holding SE is a publicly traded German company which holds an interest in Volkswagen AG that is greater than 10%.

Dated: June 7, 2013                                  Respectfully submitted,

                                                                                                                                  _____
                                                                        Attorney for Volkswagen Group of America, Inc.

                                                                        Barry Werbin
                                                                        Anna M. Hershenberg
                                                                        Herrick, Feinstein LLP
                                                                        2 Park Avenue
                                                                        New York, NY 10016
                                                                        Telephone: (212) 592-1400

Of Counsel:

Randall L. Oyler
Steven J. Yatvin
BARACK FERRAZZANO
  KIRSCHBAUM & NAGELBERG LLP
200 West Madison Street
Suite 3900
Chicago, Illinois 60606
Telephone: (312) 984-3100

HF 8400190v.1