UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CMS VOLKSWAGEN HOLDINGS, LLC and
HUDSON VALLEY VOLKSWAGEN, LLC,

           Plaintiffs,

-against-

VOLKSWAGEN GROUP OF AMERICA,
INC., and LASH AUTO GROUP, LLC,

           Defendants.

Case No.: 13 CIV 3929 (NSR)

STIPULATED ORDER
OF PARTIAL DISMISSAL

---

WHEREAS, plaintiffs and defendant Lash Auto Group, LLC ("Lash") have agreed to settle this matter as between themselves.

NOW THEREFORE, IT IS HEREBY STIPULATED by and between the undersigned parties as follows:

1. Defendant Lash agrees to be bound by and comply with any order or judgment of this Court granting preliminary or permanent injunctive relief enjoining and restraining defendant Volkswagen Group of America, Inc. from administering the Variable Bonus Program (as defined in the Complaint) in violation of any applicable law, or otherwise prospectively voiding any aspects of the Variable Bonus Program, and waives any right to challenge, oppose or appeal any such order or judgment;

2. Defendant Lash reserves the right to intervene in this action in order to challenge or appeal any other judgment or order of the Court in this action in the event any relief (other than that set forth in paragraph 1 above) is sought or granted against Lash in this action;

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/5/2013

3. Defendant Lash agrees that service of any subpoena issued to Lash, its shareholders, directors, officers, or employees, by email and regular mail directed to Danielle Lash, Esq. shall be sufficient service for purposes of Rule 45(b) in this case;

4. Upon entry of this Stipulated Order, plaintiffs shall file a Notice of Partial Dismissal without prejudice of this action as against Lash only.

5. This Stipulated Order may be executed in counterparts and a facsimile or electronic signature shall be as good as an original

Dated: White Plains, New York
September 4, 2013

LASH AUTOMOTIVE GROUP, LLC.

By: _____
Danielle Lash, Esq.
*General Counsel for Defendant Lash Automotive Group, LLC*
377 Tarrytown Road
White Plains, NY 10607

Dated: New York, New York
September 4, 2013

ROBINSON BROG LEINWAND
GREENE GENOVESE & GLUCK P.C.

By: _____
Russell McRory, Esq.
*Attorneys for Plaintiffs CMS Volkswagen Holdings, LLC and Hudson Valley Volkswagen, LLC*
875 Third Avenue, 9th Floor
New York, NY 10105
(212) 603-6300

SO ORDERED:

_____ 9/5/13      Sept. 5, 2013
Hon. Nelson S. Román, U.S.D.J.      Date

White Plains, N.Y.

2