UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
CMS VOLKSWAGEN HOLDINGS, LLC and
HUDSON VALLEY VOLKSWAGEN, LLC,

                                     Plaintiffs,

     -against-

VOLKSWAGEN GROUP OF AMERICA,
INC., and LASH AUTO GROUP, LLC

                                     Defendants.
----------------------------------------------------------------------X

13 CV 3929 (NSR)

NOTICE OF PARTIAL
DISMISSAL WITHOUT
PREJUDICE AS TO
DEFENDANT
<u>LASH AUTO GROUP, LLC</u>

**PLEASE TAKE NOTICE** that pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and that certain Stipulated Order entered on September 6, 2013 (Dkt. No. 14), plaintiffs hereby dismiss defendant Lash Auto Group, LLC. from this action without prejudice and without costs.

The action remains pending and is not dismissed as to defendant Volkswagen Group of America, Inc.

Defendant Lash Auto Group has not served an answer to the Complaint or moved for summary judgment.

Dated: New York, New York
        September 6, 2013

                                        ROBINSON BROG LEINWAND GREENE
                                          GENOVESE & GLUCK P.C.

                                  By:_____
                                      Russell P. McRory, Esq.
                                      *Attorneys for Plaintiffs*
                                      875 Third Avenue
                                      New York, New York 10022

{00640525.DOC;1 }