UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

CMS VOLKSWAGEN HOLDINGS, LLC and
HUDSON VALLEY VOLKSWGEN, LLC                Case No. 13-CV-3929 (NSR)

                    Plaintiffs,

    -against-

VOLKSWAGEN GROUP OF AMERICA,
INC., and LASH AUTO GROUP, LLC

                    Defendants.
-------------------------------------------------------------X

## NOTICE OF MOTION TO DISMISS

    PLEASE TAKE NOTICE that upon the accompanying Declaration of Steven J. Yatvin, dated January 21, 2014, and the accompanying memorandum of law, defendant will move this Court before the Honorable Nelson Stephen Roman, United States District Judge, at the United States District Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York, 10601 on March 3, 2014, at 9:30 a.m., or as soon thereafter as counsel can be heard, for an order, pursuant to 28 U.S.C. § 1447(c), dismissing this action in its entirety.

Dated:   January 21, 2014

                                                                 BARACK FERRAZZANO KIRSCHBAUM &
                                                                    NAGELBERG LLP

                                                                   /s/ Steven J. Yatvin

                                                                   Randall L. Oyler (admitted *pro hac vice*)
                                                                   Steven J. Yatvin (admitted *pro hac vice*)
                                                                   Larah Kent Tannenbaum (admitted *pro hac vice*)
                                                                   200 West Madison Street
                                                                   Suite 3900
                                                                   Chicago, Illinois 60606

                (312) 984-3100
                randall.oyler@bfkn.com
                steve.yatvin@bfkn.com
                larah.tannenbaum@bfkn.com

                HERRICK, FEINSTEIN LLP
                Barry Werbin
                Anna M. Hershenberg
                2 Park Avenue
                New York, NY 10016
                (212) 592-1400
                bwerbin@herrick.com
                ahershenberg@herrick.com

                *Attorneys for Defendant Volkswagen Group of America, Inc.*

TO: Mr. Russell P. McRory, Esq.
    Robinson Brog Leinwand Greene
    Genovese & Gluck P.C.
    875 Third Avenue
    New York, New York 10022

    *Attorney for Plaintiffs*