UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CMS VOLKSWAGEN HOLDINGS, LLC and
HUDSON VALLEY VOLKSWAGEN, LLC

                Plaintiffs,

-against-

VOLKSWAGEN GROUP OF AMERICA, INC.,

                Defendant.

Case No. 13-cv-3929 (NSR)

### FINAL JUDGMENT

Pursuant to Rules 54 and 58 of the Federal Rules of Civil Procedure, and in accordance with the Court's Order, entered separately on June 6, 2014 [ECF No. 39], which granted Defendant Volkswagen Group of America, Inc.'s ("Volkswagen") motion to dismiss Plaintiffs CMS Volkswagen Holdings, LLC's ("CMS") and Hudson Valley Volkswagen, LLC's ("Hudson Valley") claims pursuant to N.Y. Veh. & Traf. Law § 463(2)(g), (k) and (ff), denied Volkswagen's motion to dismiss CMS' and Hudson Valley's claim alleging violations of N.Y. Veh. & Traf. Law § 463(2)(gg), and granted Plaintiffs' motion to file an amended complaint to add claims pursuant to N.Y. Veh. & Traf. Law § 466(1) and 463(2)(j) (the "Order"), and in accordance with the Stipulation Dismissing Remaining Claims with Prejudice filed by the Parties [ECF No. 63], which dismissed with prejudice all of the remaining claims in this action, it is

ORDERED, ADJUDGED, AND DECREED that Final Judgment is entered in favor of Volkswagen and against CMS and Hudson Valley with respect to CMS' and Hudson Valley's claims pursuant to N.Y. Veh. & Traf. Law § 463(2)(g), (k), and (ff), as dismissed in the Order. And it is further,



ORDERED, ADJUDGED, AND DECREED that each party will bear its own costs in this action.

**DONE AND ORDERED** in Chambers in White Plains, New York, this 10th day of November, 2015.

_____
HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE