# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

CMS Volkswagen Holdings, LLC and Hudson Valley Volkswagen, LLC

(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

Volkswagen Group of America, Inc.

(List the full name(s) of the defendant(s)/respondent(s).)

13 CV 3929 ( NSR )( JCM )

**NOTICE OF APPEAL**

Notice is hereby given that the following parties: CMS Volkswagen Holdings, LLC

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the ☒ judgment  ☐ order  entered on: 11/10/2015

(date that judgment or order was entered on docket)

that: Granted Volkswagen Group of America, Inc.'s Motion to Dismiss Plaintiff's claim pursuant to

N.Y. Veh. & Traf. Law § 463(2)(g)

(If the appeal is from an order, provide a brief description above of the decision in the order.)

12/9/2015

Dated

Signature

McRory, Russell P.

Name (Last, First, MI)

| Arent Fox LLP, 1675 Broadway | New York | NY | 10019 |
|---|---|---|---|
| Address | City | State | Zip Code |

212-484-3900                                          russell.mcrory@arentfox.com

Telephone Number                              E-mail Address (if available)

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13